JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KRYSTAL JASMIN, <br> Plaintiff, <br> v. <br> SANTA MONICA POLICE DEPARTMENT, et al., <br> Defendants. | NO. CV 16-06999-FMO (JDE) <br><br> JUDGMENT |

Pursuant to the Orders Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED as follows:

1. Plaintiff Krystal Jasmin shall take nothing by her Second Amended Complaint;

2. This action is dismissed with prejudice in its entirety as to defendants the City of Santa Monica, the Santa Monica Police Department, Officer Cochran, and Officer Jauregui;

/ / /

3. This action is dismissed without prejudice as to defendants Los Angeles County, the Los Angeles County Department of Children and Family Services, Jeweutt Bright, Stephanie Rush, Jamie Hein, and DOES 1-10.

Dated: April 18, 2019

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge