UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRYSTAL JASMIN,<br><br>Plaintiff,<br><br>v.<br><br>SANTA MONICA POLICE DEPARTMENT, et al.,<br><br>Defendants. | NO. CV 16-06999-FMO (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636 and this Court's referral order (Dkt. 109), the Court has reviewed the relevant filings in this action, including:

a) Plaintiff Krystal Jasmin's "Motion Per Circuit Rule 27 10. Motions for Reconsideration" (Dkt. 106) and a Motion to Set Aside Judgement and Order (Dkt. 107)—collectively, "Motions";

b) Defendants' objections to the Motions (Dkt. 117);

c) Plaintiff's Requests to Change the Hearing Date for the Motions (Dkt. 112, 113), Plaintiff's "Request for Stipulations per Federal Rules of Civil Procedure 16" (Dkt. 114, "Request for Stipulations"), Plaintiff's further motion for hearing on the Motions and the Request for Stipulations (Dkt. 115), Plaintiff's request to film the hearings before the assigned magistrate

judge (Dkt. 118), Plaintiff's two requests to film and change the hearing date for the Motions before this Court (Dkt. 120, 121), Plaintiff's "Revised" Request for Stipulations and Request for Hearing (Dkt. 122), Plaintiff's two requests to file documents electronically (Dkt. 119, 126), and Plaintiff's additional request for hearing on the Motions and the Request for Stipulations (Dkt. 127)—collectively, Plaintiff's requests in this paragraph are referred to herein as "the Related Requests";

d) The Report and Recommendation of United States Magistrate Judge (Dkt. 125, "R&R");

e) Plaintiff's "Recusal Request and Objection to R&R dated May 9, 2019 as Vague and Ambiguous, and Unfairly Prejudicial" (Dkt. 128), a portion of which, reflecting Plaintiff's "recusal request," having been referred to and denied by the Hon. Stephen V. Wilson, United States District Judge (see Dkt. 130, 131); and

f) Defendants' Response to Plaintiff's Objections to R&R (Dkt. 132).

The Court has engaged in a de novo review of those portions of the R&R to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motions (Dkt. 106, 107) are DENIED;
2. The Related Requests (Dkt. 112, 113, 114, 115, 118, 119, 120, 121, 122, 126, 127) are DENIED.

Dated: September 11, 2019

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge